# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID SEITZ and MICROTHERM, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-4782 |
| | § | |
| ENVIROTECH SYSTEMS WORLDWIDE INC., *et al* | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADMINISTRATIVE CLOSING

This case was filed on December 13, 2002. On June 24, 2008, defendant Envirotech Systems Worldwide, Inc., filed a petition in the United States Bankruptcy Court for the District of Arizona. A petition filed under 11 U.S.C. §§ 301, *et seq.*, operates as a stay of the continuation of a judicial proceeding against the debtor that was begun before the initiation of the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). This case is administratively closed. It may be reinstated on the active docket of this court on notice to this court of the discontinuance of the stay under 11 U.S.C. § 362(c)(2), provided such notice is filed within 10 days after the bankruptcy stay is discontinued.

SIGNED on June 26, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge